THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL R. NEWCOMB,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C16-5253-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff Michael Newcomb's unopposed[1] motion for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Dkt. No. 17). The motion is GRANTED. The Court AWARDS fees in the amount of $6,047.41, expenses in the amount of $20.22, and costs in the amount of $400.00, for a total of $6,467.63.

This amount shall be awarded to Newcomb pursuant to *Astrue v. Ratliff,* 130 U.S. 2521 (2010) and delivered to his counsel, Robert A. Friedman, at 3410 Broadway, Everett, WA 98201. If it is determined that Newcomb's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Robert A. Friedman, based upon Newcomb's assignment of these amounts to his

---

[1] The Commissioner's response was due on Monday, June 5, 2017. *See* W.D. Wash. Local Civ. R. 7(d)(3). No response was filed by that date.

ORDER
PAGE - 1

1 attorney.

2 DATED this 7th day of June 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2